## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Amanda Bazzett, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| vs. | Civil Action No. 2:24-cv-00412-MHW-EPD |
| The Wendy's Company, Quality Is Our Recipe, LLC, and YCD Enterprises II, LLC, and ABC Corporations 1-217 d/b/a Wendy's, | |
| Defendants. | |

### STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Amanda Bazzett and Defendants The Wendy's Company, Quality Is Our Recipe, LLC and YCD Enterprises II, LLC hereby dismiss Bazzett's individual claims ***with prejudice*** against Defendants The Wendy's Company, Quality Is Our Recipe, LLC and YCD Enterprises II, LLC ("Defendants"). To the extent any non-individual claims remain (the viability of any such claims Defendants dispute), she dismisses such claims ***without prejudice***.

Dated: June 10, 2024                                              Respectfully submitted,


/s/ Christopher Wiest                        /s/ *Shennan Harris*
Christopher Wiest, Trial Attorney            Shennan Harris (0091514)
(OH 0077931)                                 Jill S. Kirila (0068593)
Chris Wiest, Atty. At Law, PLLC              Kathryn M. Brown (0100426)
25 Town Center Boulevard                     SQUIRE PATTON BOGGS (US) LLP
Suite 104                                    2000 Huntington Center
Crestview Hills, KY 41017                    41 South High Street

Tel: (513) 257-1895
E: chris@cwiestlaw.com

Lisa R. Considine (*pro hac vice*)
Oren Faircloth (*pro hac vice*)
Siri & Glimstad LLP
745 Fifth Avenue
Suite 500
New York, NY 10151
Tel: (212) 532-1091
E: lconsidine@sirillp.com
E: ofaircloth@sirillp.com

*Attorneys for Plaintiff and Members of the Collective*

Columbus, Ohio 43215
Telephone: +1 614 365 2772
Facsimile: +1 614 365 2499
E-mail: jill.kirila@squirepb.com
shennan.harris@squirepb.com
kathryn.brown@squirepb.com

*Attorneys for Defendants The Wendy's Company and Quality Is Our Recipe, LLC*

/s/ *Barry Y. Freeman*
Barry Y. Freeman (0062040)
Roetzel & Andress, LPA
1375 E. 9th St., 10th Floor
Cleveland, OH 44114
Ph: (312) 741-0786
Fax: (216) 623-0134
bfreeman@ralaw.com

*Attorney for Defendant YCD Enterprises II, LLC*